# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICK W. PENDLEY AND
STANLEY P. BAUDIN

NO.   2019 CW 1298

VERSUS

ANDRE P. LAPLACE AND
CHRISTOPHER D. SHOWS

**FEB 1 8 2020**

In Re:    Andre P. LaPlace and Christopher D. Shows, applying
          for supervisory writs, 18th Judicial District Court,
          Parish of Iberville, No. 78735.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                          **TMH**
                          **AHP**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT